USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/26/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRST MORTGAGE COMPANY, LLC,

                Plaintiff,

-against-

ELI GLOBAL, LLC,

                Defendants.

17 Civ. 7335 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the Court's order in *CapLOC, LLC, et al. v. McCord, et al.*, Case No. 17 Civ. 5788 (S.D.N.Y. Jan. 14, 2021), ECF No. 284, the Clerk of Court is directed to terminate the motions at ECF Nos. 25 and 28 in this action.

    SO ORDERED.

Dated: March 26, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge